UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEAUBIEN ABREU,

    Plaintiff,

v.   Case No. 8:24-cv-2042-CPT

LELAND DUDEK,
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,[1]

    Defendant.
_____/

## O R D E R

Before the Court is Defendant Commissioner's unopposed motion to remand this action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 29). The Commissioner seeks this relief so that, on remand, an administrative law judge can "(1) reevaluate the evidence in accordance with the agency's regulations and policies; (2) take any further action needed to complete the administrative record, including offering [the] Plaintiff a new hearing; and (3) issue a new decision." *Id.*

---

[1] Mr. Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Dudek is substituted for the former Acting Commissioner, Michelle King, as the Defendant in this suit.

Sentence four of section 405(g) provides that a "court shall have [the] power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a sentence four remand, the appropriate procedure is for a court to enter a final judgment in the claimant's favor. *Shalala v. Schaefer*, 509 U.S. 292, 296–97 (1993); *Jackson v. Chater*, 99 F.3d 1086, 1095 (11th Cir. 1996).

In light of the above, it is hereby ORDERED:

1. The Commissioner's motion (Doc. 29) is granted.

2. The Commissioner's decision is reversed, and the case is remanded for further proceedings before the Social Security Administration consistent with this Order.

3. The Clerk of Court is directed to enter Judgment in the Plaintiff's favor, to terminate any pending motions, and to close the case.

SO ORDERED in Tampa, Florida, this 10th day of April 2025.

*[signature: Christopher P. Tuite]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record